UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. CR-08-358 (RWR) |
| | : | |
| LABISKA GIBBS, | : | Status: March 4, 2008 |
| Defendant. | : | |
| | : | |

**UNITED STATES'S SUPPLEMENTAL FILING
REGARDING NON-CONVICTION MISCONDUCT**

At the direction of the Court, the United States makes the following supplemental representations regarding the evidence described in its Motion *in Limine* Seeking Admission of Evidence Pursuant to Federal Rule of Evidence 404(b), filed with the Court on December 22, 2008:

1. Narcotics Evidence: The government anticipates that no more than two witnesses will be called to testify that the defendant gave narcotics to Co-conspirator A in exchange for the identity information Co-conspirator A provided to the defendant and that, in the past, the defendant has sold narcotics.  The government expects that these two witnesses will testify regarding other matters and the additional trial time required to address these topics is less than an hour.  The government anticipates that no additional exhibits or physical evidence will be introduced in connection with the witnesses' testimony on these topics.

2. Other Credit Applications: The government anticipates that each of the thirteen victims in this case may testify that their identities were compromised at various retailers in instances other than those charged in the indictment.  The government expects that eliciting

testimony from these witnesses on these points will take fewer than fifteen minutes during the testimony of each victim. The government anticipates that presenting testimony on these points may require the use of between zero and fifteen additional exhibits with each witness.[1]

3.  The Bad Check at Target: The government anticipates that no more than two witnesses will testify regarding this topic at trial. In total, presenting this testimony will require less than an hour of additional trial time; these two witnesses are expected to testify regarding other topics. No other additional exhibits will be needed to present this testimony.

4.  Other Sales of Merchandise and Gift Cards: The government anticipates that no more than three witnesses will testify regarding this topic at trial. In total, presenting this testimony will require less than an hour of additional trial time; all three of these witnesses are expected to testify regarding other topics. No additional exhibits will be needed to present this testimony.

5.  The Possession, Manufacture, and Use of False Identity Documents: The government anticipates that as many as four different witnesses at trial may testify that they have seen the defendant at various times within the past year make false identification documents on her computer, present those documents at various stores, and use those documents in stores when applying for credit.[2] In total, presenting this testimony will require less than ninety minutes of additional trial time; these four witnesses are expected to testify regarding other topics. The

---

[1] These additional exhibits may include letters that victims received from various retailers reporting the status of credit applications putatively made by the victim.

[2] The government also anticipates witness testimony from various store employees who will testify that the defendant presented a false identification document in making in-store applications for credit. But those actions are also charged in the indictment as overt acts. *See* Indictment ¶¶ 19-H, 19-O, 19-V, 19-AA, 19-II, 19-CCC. These actions are plainly relevant. Fed. R. Evid. 401.

government anticipates no more than five additional exhibits will be used on these points.

WHEREFORE, the government renews its request that testimony regarding these topics will be properly admitted in its case in chief at trial.

                    Respectfully submitted,

                    JEFFREY A. TAYLOR
                    United States Attorney

                    _____/s/_____
                    JOHN W. BORCHERT
                    Assistant United States Attorney
                    Bar No. 472824
                    555 Fourth Street, N.W., Room 5840
                    Washington, DC 20530
                    (202) 353-2442
                    John.Borchert@usdoj.gov

January 5, 2009

CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of January 2009, the foregoing was served by ECF filing system upon counsel for the defendant: Gary Sidell, Esq., suitcase@erols.com.

_____/s/_____
JOHN W. BORCHERT
Assistant United States Attorney