AO 245B (Rev 06/05) (Rev. DC 12/15/05) Judgment in a Criminal Case
Sheet 1

AO 245B (Rev 06/05) (Rev. DC 12/15/05) Judgment in a Criminal Case
Sheet 1

**FILED**

# UNITED STATES DISTRICT COURT
## for the District of Columbia

JUL 21 2009

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | |
| LABISKA GIBBS | Case Number: CR 08-358-01 |
| | USM Number: 29593-016 |
| | GARY SIDELL |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ pleaded guilty to count(s)   TWO (2) OF THE INDICTMENT

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC §§1343 AND 2 | FRAUD BY WIRE, AIDING AND ABETTING, CAUSING AN ACT TO BE DONE | 12/9/2008 | 2 |

The defendant is sentenced as provided in pages 2 through __10__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☑ Count(s) ALL REMAINING COUNTS   is/are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

JULY 6, 2009
Date of Imposition of Judgment

_[signature]_
Signature of Judge

RICHARD W. ROBERTS,     U.S. DISTRICT COURT JUDGE
Name of Judge                      Title of Judge

7-17-09
Date



DEFENDANT: LABISKA GIBBS
CASE NUMBER: CR 08-358-01

Judgment — Page 2 of 10

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

THIRTY (30) MONTHS ON COUNT 2 OF THE INDICTMENT.

☑ The court makes the following recommendations to the Bureau of Prisons:

PLACEMENT AT FCI ALDERSON, WEST VIRGINIA.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____.

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____.

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B   (Rev. 06/05) Judgment in a Criminal Case
         Sheet 3 — Supervised Release

DEFENDANT: LABISKA GIBBS
CASE NUMBER: CR 08-358-01

Judgment—Page __3__ of __10__

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:

THIRTY (36) MONTHS ON COUNT 2 OF THE INDICTMENT.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☒ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: LABISKA GIBBS
CASE NUMBER: CR 08-358-01

Judgment—Page 4 of 10

## ADDITIONAL SUPERVISED RELEASE TERMS

DNA SAMPLE REQUIREMENT - PURSUANT TO 42 USC § 14135a, FOR ALL FELONY OFFENSES, THE DEFENDANT SHALL SUBMIT TO THE COLLECTION AND USE OF DNA IDENTIFICATION INFORMATION WHILE INCARCERATED IN THE BUREAU OF PRISONS, OR AT THE DIRECTION OF THE U.S. PROBATION OFFICE.

MENTAL HEALTH TREATMENT - YOU SHALL PARTICIPATE IN A MENTAL HEALTH TREATMENT PROGRAM, WHICH MAY INCLUDE OUTPATIENT COUNSELING, RESIDENTIAL PLACEMENT AND/OR MEDICATION MANAGEMENT, AS APPROVED AND DIRECTED BY THE PROBATION OFFICE.

RESTITUTION OBLIGATION - ONCE YOU HAVE SECURED EMPLOYMENT, YOU SHALL PAY THE BALANCE OF ANY RESTITUTION OWED AT A RATE OF NO LESS THAN $100 EACH MONTH AND PROVIDE VERIFICATION OF PAYMENT TO THE PROBATION OFFICE.

FINANCIAL RESTRICTIONS - YOU ARE PROHIBITED FROM INCURRING NEW CREDIT CHARGES, OPENING ADDITIONAL LINES OF CREDIT, OR NEGOTIATING OR CONSUMMATING ANY FINANCIAL CONTRACTS WITHOUT THE APPROVAL OF THE PROBATION OFFICE.

FINANCIAL DISCLOSURE - YOU SHALL PROVIDE THE PROBATION OFFICE WITH YOUR INCOME TAX RETURNS, AUTHORIZATION FOR RELEASE OF CREDIT INFORMATION, AND ANY OTHER INFORMATION ABOUT BUSINESSES OR FINANCES IN WHICH YOU HAVE A CONTROL OR INTEREST UNTIL ALL RESTITUTION IS SATISFIED.

SUBSTANCE ABUSE EVALUATION - YOU SHALL COOPERATE WITH A SUBSTANCE ABUSE EVALUATION. IF DEEMED APPROPRIATE, YOU SHALL PARTICIPATE IN, AND SUCCESSFULLY COMPLETE, A RESIDENTIAL AND/OR OUT-PATIENT SUBSTANCE ABUSE TREATMENT PROGRAM, WHICH MAY INCLUDE DRUG TESTING AND DETOXIFICATION SERVICES, AS APPROVED AND DIRECTED BY THE PROBATION OFFICE.

THE PROBATION OFFICE SHALL RELEASE THE PRESENTENCE INVESTIGATION REPORT TO ALL APPROPRIATE AGENCIES IN ORDER TO EXECUTE THE SENTENCE OF THE COURT. TREATMENT AGENCIES SHALL RETURN THE PRESENTENCE REPORT TO THE PROBATION OFFICE UPON THE DEFENDANT'S COMPLETION OR TERMINATION FROM TREATMENT.

DEFENDANT: LABISKA GIBBS
CASE NUMBER: CR 08-358-01

Judgment — Page  5  of  10

# CRIMINAL MONETARY PENALTIES

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 100.00 | $ 0 | $ 30,331.51 |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| SEE ADDITIONAL TERMS- NEXT PAGE | | | |

**TOTALS**     $ 0.00     $ 0.00

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☑ the interest requirement is waived for the   ☐ fine   ☑ restitution.

  ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 06/05) Case 1:08-cr-00358-RWR  Document 38  Filed 07/21/09  Page 6 of 6
Sheet 5A — Criminal Monetary Penalties

Judgment—Page  6  of  10

DEFENDANT: LABISKA GIBBS
CASE NUMBER: CR 08-358-01

## ADDITIONAL TERMS FOR CRIMINAL MONETARY PENALTIES

THE SPECIAL ASSESSMENT AND RESTITUTION ARE IMMEDIATELY PAYABLE TO THE CLERK OF THE COURT FOR THE U.S. DISTRICT COURT, DISTRICT OF COLUMBIA. WITHIN 30 DAYS OF ANY CHANGE OF ADDRESS, YOU SHALL NOTIFY THE CLERK OF THE COURT OF THE CHANGE UNTIL SUCH TIME AS THE FINANCIAL OBLIGATIONS ARE PAID IN FULL. YOU SHALL MAKE PAYMENTS ON THE SPECIAL ASSESSMENT AND RESTITUTION THROUGH YOUR PARTICIPATION IN THE BUREAU OF PRISONS' INMATE FINANCIAL RESPONSIBILITY PROGRAM. THE COURT WAIVES ANY INTEREST OR PENALTIES THAT MAY ACCRUE ON UNPAID BALANCES. RESTITUTION IS PAYABLE JOINTLY AND SEVERALLY WITH WILLIAM SINCLAIR (CR 08-362-01). RESTITUTION PAYMENTS SHALL BE MADE TO THE CLERK OF THE COURT FOR DISBURSEMENT TO THE VICTIMS AS FOLLOWS:

$6,498.00
CHASE CARD SERVICES
ATTN: RESTITUTION PAYMENTS
PO BOX 2003
ELGIN, IL 30121

$3,100.00
TARGET FINANCIAL SERVICES
ATTN: RESTITUTION
MS 5C-X
PO BOX 1422
MINNEAPOLIS, MN 55440

$18,598.12
CITICORP CREDIT SERVICES, INC.
ATTN: VICKY YEAGER
14700 CITICORP DRIVE, BLDG. 2
HAGERSTOWN, MD 21742

$302.51
LIBRARY OF CONGRESS
ATTN: SUSAN E. FRIESWYK
101 INDEPENDENCE AVENUE, SE
WASHINGTON, D.C. 20540

$1,832.88
WORLD FINANCIAL NETWORK NATIONAL BANK
ATTN: ACCOUNT CONTROL DEPARTMENT
REF CC X1531
220 W. SCHROCK ROAD
WESTERVILLE, OH 43081

THE COURT FINDS THAT YOU DO NOT HAVE THE ABILITY TO PAY A FINE IN ADDITION TO YOUR RESTITUTION OBLIGATION AND THEREFORE, WAIVES IMPOSITION OF A FINE IN THIS CASE.